# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rodney Christopher Craig,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                        3:08cv523-1

Nora Hunt,

       Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/23/2009 Order.

Signed: February 23, 2009

Frank G. Johns, Clerk
United States District Court